MELANIE L. THOMAS
Nevada Bar No. 12576
Melanie.Thomas@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorney for Third-Party Defendant Delta Faucet Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN HANNA,<br><br>          Plaintiff,<br><br>     vs.<br><br>WESTGATE LAS VEGAS RESORT, LLC, a Foreign Limited-Liability Company; DOES 1 through 20; ROE ENTITIES 1 through 20, inclusive,<br><br>          Defendants.<br><br>WESTGATE LAS VEGAS RESORT, LLC, a Foreign Limited-Liability Company,<br><br>          Third Party Plaintiff,<br><br>     vs.<br><br>DELTA FAUCET COMPANY, a domestic for-profit company,<br><br>          Third Party Defendant. | Case No. 2:23-cv-00415-RFB-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR THIRD-PARTY DEFENDANT DELTA FAUCET COMPANY TO FILE ANSWER TO DEFENDANT/THIRD PARTY PLAINTIFF WESTGATE LAS VEGAS RESORT, LLC'S THIRD-PARTY COMPLAINT**<br><br>**(FIRST REQUEST)** |

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1      IT IS HEREBY STIPULATED AND AGREED between Defendant/Third

2  Party Plaintiff Westgate Las Vegas Resort, LLC and Third-Party Defendant Delta Faucet,

3  by and through their respective counsel of record, that the deadline for Third-Party

4  Defendant Delta Faucet Company to file its Answer to Defendant Westgate Las Vegas

5  Resort, LLC's Third-Party Complaint will be extended seven (7) days from April 18,

6  2023 to April 25, 2023.

7      Westgate Las Vegas Resort, LLC's Third-Party Complaint against Delta

8  Faucet Company was filed on March 24, 2023 (ECF No. 08).  This is these Parties' first

9  request to extend time. This Stipulation and [Proposed] Order is submitted in accordance

10 LR IA 6-1.

11      These Parties respectfully request this brief extension of time because counsel for

12 the Third Party Defendant was recently retained, and requires additional time to confer with

13 their client in order to file an Answer.  These Parties' requested extension is not made in

14 bad faith or to unnecessarily delay these proceedings.   Therefore, these Parties

15 respectfully request the Court approve the foregoing stipulation.

16 DATED this 18th day of April, 2023          DATED this 18th day of April, 2023

17

18 LEWIS  BRISBOIS  BISGAARD  &          WILSON, ELSER, MOSKOWITZ,
   SMITH LLP                                    EDELMAN & DICKER LLP

19

20 /s/ *Melanie L. Thomas*                      /s/ *Kimberly A. Nelson*
   MELANIE L. THOMAS                           LARRY H. LUM, ESQ.
21 Nevada Bar No. 12576                        Nevada Bar No. 14914
   6385 S. Rainbow Boulevard, Suite 600        KAREN L. BASHOR, ESQ.
22 Las Vegas, Nevada 89118                     Nevada Bar No. 11913
   Tel. 702.893.3383                           KIMBERLY A. NELSON, ESQ.
23 *Attorney for Third-Party*                  Nevada Bar No. 15295
   *Defendant Delta Faucet Company*            6689 Las Vegas Boulevard, South, Suite
24                                             200 Las Vegas, NV 89119
                                               *Attorneys for Defendant Westgate Las*
25                                             *Vegas Resort, LLC*

26

27

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

WestGate Las Vegas Resort, LLC, v. Delta Faucet Company
Case No.: 2:23-cv-00415-RFB-DJA
Stipulation and [Proposed] Order to Extend Deadline for Third-Party Defendant Delta
Faucet Company to File Their Answer to Defendant/Third Party Plaintiff Westgate Las
Vegas Resort, LLC's Third-Party Complaint

**IT IS SO ORDERED.**

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: April 19, 2023

Respectfully submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

DATED this 18th day of April, 2023.

/s/  *Melanie L. Thomas*                                      .
MELANIE L. THOMAS
Nevada Bar No. 12576
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
*Attorney for Third-Party*
*Defendant Delta Faucet Company*


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

Case No. 2:23-cv-00415-RFB-DJA