**LARRY H. LUM, ESQ.**
Nevada Bar No. 14914
**KAREN L. BASHOR, ESQ.**
Nevada Bar No. 11913
**JAMES V. LOVETT, ESQ.**
Nevada Bar No. 16103
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Boulevard, South, Suite 200
Las Vegas, NV 89119
T (702) 727-1400; F (702) 727-1401
larry.lum@wilsonelser.com
karen.bashor@wilsonelser.com
james.lovett@wilsonelser.com
*Attorneys for Defendant Westgate Las Vegas Resort, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN HANNA, individually;<br><br>    Plaintiff,<br>v.<br><br>WESTGATE LAS VEGAS RESORT, LLC, a Foreign Limited-Liability Company; DOES 1 through 20; and ROE ENTITIES 1 through 20, inclusive,<br>    Defendant.<br><br>WESTGATE LAS VEGAS RESORT, LLC, a Foreign Limited-Liability Company;<br><br>    Third-Party Plaintiff,<br>v.<br><br>DELTA FAUCET COMPANY, a domestic for-profit company,<br><br>    Third-Party Defendant. | CASE NO: 2:23-CV-00415-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Defendant/Third-Party Plaintiff WESTGATE LAS VEGAS RESORT, LLC, by and through its counsel of record, Larry H. Lum, Esq., Karen L. Bashor, Esq., and James V. Lovett, Esq., of the law firm of Wilson Elser Moskowitz

Edelman & Dicker, LLP, Plaintiff, KEVIN HANNA, by and through his counsel of record, Johnathan Leavitt, Esq. of Richard Harris Law Firm, and Third-Party Defendant DELTA FAUCET COMPANY, by and through its counsel of record Melanie L. Thomas of Lewis Brisbois Bisgaard & Smith, LLP, that all claims in this action are dismissed with prejudice, with each party bearing its own fees and costs.

**STIPULATED AND AGREED** to by:

Dated this 26th day of February, 2024         Dated this 26th day of February, 2024.

WILSON, ELSER, MOSKOWITZ,                    RICHARD HARRIS LAW FIRM
EDELMAN & DICKER, LLP

By: */s/ Karen Bashor*                                By: */s/ Johnathan Leavitt*
Larry H. Lum, Esq.                                    Richard A. Harris, Esq.
Nevada Bar No. 14914                                  Nevada Bar No. 505
Karen L. Bashor, Esq.                                 Johnathan Leavitt, Esq.
Nevada Bar No. 11913                                  Nevada Bar No. 13172
James V. Lovett, Esq.                                 801 South Fourth Street
Nevada Bar No. 16103                                  Las Vegas, NV 89101
6689 Las Vegas Boulevard, South, Suite 200            *Attorneys for Plaintiff*
Las Vegas, NV 89119
*Attorneys for Defendant/Third-Party Plaintiff*

Dated this 26th day of February, 2024

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Melanie Thomas*
Melanie L. Thomas
Nevada Bar No. 12576
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
*Attorney for Third-Party Defendant*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: ___February 27, 2024___